ADOLF AXELRATH, Appellant, *v.* SPENCER KELLOGG and SONS, INC., Respondent.

Submitted April 5, 1943; decided May 27, 1943.

*Sydney J. Schwartz* and *Howard F. R. Mulligan* for appellant.

*Carver W. Wolfe* and *J. Newton Nash* for respondent.

Judgment affirmed, with costs. Order affirmed, and question certified answered in the affirmative. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: FINCH, J.